1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SCOTT MCILVAINE and
LIZ ADRIANA MCILVAINE,

Plaintiffs,

v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

Defendant.

No. 1:23-cv-01414-SKO

ORDER DIRECTING THE CLERK OF
COURT TO CLOSE THE CASE

(Doc. 14)

On September 5, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 14.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 9, 2024**              */s/ Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE